# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DARALISE E. ERB | § | |
| | § | |
| V. | § | CASE NO. 4:13-CV-00521 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be **REMANDED** with the specific instruction that an impartial ALJ consider Plaintiff's case.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore, **ORDERED** that the decision of the Administrative Law Judge is **REMANDED**. An impartial ALJ shall consider Plaintiff's case.

**IT IS SO ORDERED.**

SIGNED this the 29th day of September, 2015.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE